DUENKEL (FRED), Plaintiff in error, vs. THE STATE, Defendant in error.

*March 11—April 5, 1932.*

L. P. *Fox* of Chilton, for the plaintiff in error.

For the defendant in error there was a brief by the *Attorney General* and *J. E. Messerschmidt,* assistant attorney general, and oral argument by *Mr. Messerschmidt.*

FAIRCHILD, J.    The facts and questions of law in this case are identical with those considered in the case of *Leonard Duenkel v. State,* decided herewith (*ante,* p. 644, 242 N. W. 179), and are ruled by the decision there made, wherein it was held that the judgment was properly entered and the motion for a new trial properly denied.

*By the Court.*—Judgment affirmed.